**IT IS ORDERED as set forth below:**



Date: April 16, 2013

_____
Wendy L. Hagenau
U.S. Bankruptcy Court Judge

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SHAWN E. JAMROS | : | CASE NUMBER A11-82813-WLH |
| ANNE MICHELLE JAMROS | : | |
| DEBTORS | : | JUDGE HAGENAU |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS**

The above styled matter came before the Court on April 3, 2013 at 1:50 p.m.  It appears to the Court that the Chapter 13 Trustee has filed a Motion to Dismiss the Debtors' Chapter 13 case based upon the Debtors' failure to make Chapter 13 plan payments thus causing a delinquency in said plan.  It further appears to the Court that the Debtors through counsel, agreed at the call of the Court's calendar, to a payment arrangement on a strict compliance basis.  For cause shown, **IT IS HEREBY**

**ORDERED**, that the Debtors shall resume monthly payments to the Chapter 13 Trustee immediately and shall make all future payments in a timely manner until the Chapter 13 Plan is completed. Debtors shall strictly comply with the terms of this Order, and **IT IS FURTHER**

**ORDERED** that should Debtors fail to make any payment due pursuant to her Plan on a timely basis for twenty-four (24) months following entry of this Order, then the case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.

The Clerk of the Court is directed to serve notice of this Order to the Debtors, Debtors' attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

CONSENTED TO BY:

\_\_\_\_/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar No. 477064
303 Peachtree Center Ave., NE
Ste 120
Atlanta, GA  30303
(678) 992-1201


\_\_\_/s/_____
Jeff Heller
Attorney for Debtors
GA Bar No. 344105
J.M. Heller, Attorney At Law, P.C.
151 West Main Street
Suite 203
Canton, GA 30114
*Signed by Julie M. Anania*
*with express permission*

## **DISTRIBUTION LIST**

Case Number **A11-82813-WLH**

Debtors:
Shawn E. Jamros
Anne Michelle Jamros
203 Gordon Circle
Canton, GA 30114

Debtors' Attorney:
J.M. Heller, Attorney At Law, P.C.
151 West Main Street
Suite 203
Canton, GA 30114

Chapter 13 Trustee:
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303

```
                              United States Bankruptcy Court
                              Northern District of Georgia
In re:                                                                  Case No. 11-82813-wlh
Shawn E. Jamros                                                         Chapter 13
Anne Michelle Jamros
         Debtors                      CERTIFICATE OF NOTICE
District/off: 113E-9          User: dillard                 Page 1 of 2                  Date Rcvd: Apr 16, 2013
                              Form ID: pdf403               Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2013.
db/jtdb       +Shawn E. Jamros,    Anne Michelle Jamros,    203 Gordon Circle,    Canton, GA 30115-2010
aty           +Jeffrey M. Heller,    J. M. Heller,    Suite 203,    151 West Main St.,    Canton, GA 30114-2751
tr            +Nancy J. Whaley,    Nancy J. Whaley, 13 Trustee,     Suite 120,    303 Peachtree Center Avenue,
                Atlanta, GA 30303-1286

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 18, 2013**            **Signature:** *Joseph Speetjens*

```
District/off: 113E-9          User: dillard              Page 2 of 2                  Date Rcvd: Apr 16, 2013
                              Form ID: pdf403            Total Noticed: 3
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2013 at the address(es) listed below:
          Barbara B. Liu    on behalf of Creditor   Federal National Mortgage Association
           BBL@mccallaraymer.com,   LBO@mccallaraymer.com
          Jeffrey M. Heller    on behalf of Joint Debtor Anne Michelle Jamros jeff@jeffhellerlaw.com,
           alex@jeffhellerlaw.com;kerrie@jeffhellerlaw.com;lori@jeffhellerlaw.com
          Jeffrey M. Heller    on behalf of Debtor Shawn E. Jamros jeff@jeffhellerlaw.com,
           alex@jeffhellerlaw.com;kerrie@jeffhellerlaw.com;lori@jeffhellerlaw.com
          Nancy J. Whaley    ecf@njwtrustee.com
          Patti H. Bass    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Ronald A. Levine    on behalf of Creditor   Ford Motor Credit Company, LLC A Delaware Limited
           Liability Company info@lbslaw.net
                                                                                                        TOTAL: 6